# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[a] | |
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.: 10-4490 |
| vs. | **STIPULATION TO EXTEND TIME** |
| California Travel & Tourism Commission, | |
| Defendant. | |

The Plaintiff, Brian F. Leonard, Trustee and Defendant California Travel & Tourism Commission, by their attorneys, enter into this Stipulation.

Whereas, Brian F. Leonard, Trustee, commenced this adversary proceeding on November 22, 2010 to avoid the Debtor's transfers of $152,638.18 to the California Travel & Tourism Commission under 11 U.S.C. §§547, 550 and 551.

Whereas, the California Travel & Tourism Commission has requested additional time to file its answer or to otherwise respond to the complaint.

---

[a] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

Therefore, the parties agree to extend the deadline for the California Travel & Tourism Commission to file its answer or respond to the complaint to March 15, 2011.

| LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD. | MASLON EDELMAN BORMAN & BRAND, LLP |
|---|---|
| By: /e/ Andrea M. Hauser<br>  Andrea M. Hauser,   #207469<br>  100 South Fifth Street<br>  Suite 2500<br>  Minneapolis, MN  55402<br>  (612) 332-1030<br>  ahauser@losgs.com<br>Attorneys for Brian F. Leonard, Trustee | By: /e/ Amy J. Swedberg*<br>  Amy Swedberg,   #271019<br>  3300 Wells Fargo Center<br>  90 South Seventh Street<br>  Minneapolis, MN 55402-4140<br>  (612) 672-8367<br>  amy.swedberg@maslon.com<br>Attorneys for the California Travel & Tourism Commission<br><br> *as authorized by Amy J. Swedberg |
| Dated:  February 11, 2011 | Dated:  February 11, 2011 |

431903

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>ARC Venture Holding, Inc., et al.,<br><br>        Debtors.[1] | BKY Case No.: 08-46367<br><br>Chapter 7<br>(Jointly Administered) |
| Brian F. Leonard, Trustee,<br><br>        Plaintiff,<br><br>vs.<br><br>California Travel & Tourism Commission,<br><br>        Defendant. | Adv. No.: 10-4490<br><br>**ORDER** |

This matter came before the Court on the Stipulation of Brian F. Leonard, Trustee and Plaintiff, and Defendant California Travel & Tourism Commission dated December 14, 2010. Based on the Stipulation and the Court being fully advised in the premises, the California Travel & Tourism Commission shall have until March 15, 2011 to file an answer in this adversary proceeding.

Dated: _____     _____
                                 Nancy C. Dreher
431902                           United States Bankruptcy Judge

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.